JACKSON, Appellant, v. VILLAGE OF MID-DLEVILLE, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Irving E. Jackson against the village of Middleville. No opinion. Judgment and order affirmed, with costs.

JONES, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Robert A. Jones against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

